[No. 37146-4-II.   Division Two.   August 11, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINTON ALLEN PRATHER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-01007-3, James E. Warme, J., entered December 18, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 37176-6-II.   Division Two.   August 11, 2009.]

*In the Matter of the Parentage of* M.R.A.

MICHAEL W. ALDRIDGE, *Appellant*, v. CAROLYN KAYE BIDDLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-5-50313-4, Paula Casey, J., entered December 3, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgwater, J.; Penoyar, A.C.J., concurring separately.

[No. 37345-9-II.   Division Two.   August 11, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN RAY CLAYTON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-01525-3, James E. Warme, J., entered February 5, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Kulik, JJ.

[No. 37422-6-II.   Division Two.   August 11, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIN LEE VAN BROCKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-00515-7, Chris Wickham, J., entered February 29, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Bridgewater, J.; Penoyar, J., dissenting.